## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| THOMAS DOUGHERTY,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and BMW FINANCIAL SERVICES N.A., LLC<br><br>      Defendants. | Case No.: 4:24-cv-00033-ALM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Please withdraw the appearance of Jason W. McElroy and the law firm of Saul Ewing LLP on behalf of Defendant BMW Financial Service N.A., LLP. The law firm of Husch Blackwell LLP has made an appearance as attorneys for Defendant BMW Financial Services, N.A., LLC, in the above-captioned matter. Please direct all future communications and correspondence regarding the above-captioned matter to the attorneys from Husch Blackwell.

**SAUL EWING LLP**

 /s/ *Jason W. McElroy*
Jason W. McElroy (TX Bar No. 24108416)
1919 Pennsylvania Avenue, N.W.
Suite 550
Washington, D.C. 20006
Tel: (202) 295-6642
Fax: (202) 337-6065
Jason.McElroy@saul.com

*Withdrawing Attorneys for*
*BMW Financial Services, N.A., LLC*

-2-

## CERTIFICATE OF SERVICE

    I certify that, on May 9, 2024, I caused one copy of the foregoing Notice of Withdrawal to be served on all counsel and parties of record via the Court's CM/ECF system.

                                           */s/ Jason W. McElroy*
                                           Jason W. McElroy