IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS DOUGHERTY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action. 4:24-cv-33-ALM |
| | § | |
| EQUIFAX INFORMATION | § | |
| SERVICES, LLC, and BMW | § | |
| FINANCIAL SERVICES N.A., LLC, | § | |
| | § | |
| Defendants, | § | |

## NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff THOMAS DOUGHERTY, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant EQUIFAX INFORMATION SERVICES, LLC, have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

**Dated:** July 24, 2024

Respectfully submitted

**JAFFER & ASSOCIATES PLLC**

/s/ *Shawn Jaffer*
**Shawn Jaffer**
State Bar No. 24107817
5757 Alpha Rd., Ste. 580
Dallas, Texas 75240
Tel:   (469) 589-5605
Fax:   (469) 669-0786
Email: edtx@jaffer.law
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 24, 2024, a true and correct copy of the foregoing document has been filed on CM/ECF and which will automatically be served upon all parties of record.

*/s/ Shawn Jaffer*
Shawn Jaffer
